No. 2, Taxes of 1920.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

The City of New York, Respondent, v. Harry H. Butts, Appellant. (Action No. 3, Taxes of 1921.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

John MacGinnis, Appellant, v. Irving National Bank, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

Ira E. Segur, Appellant, v. Thomas J. Ryan, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

Jacob M. Bierman, Respondent, v. Frank Barbieri, Appellant.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

Louis Mann and Another, Appellants, v. Julian Goldman, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

Birdco Realty Corporation, Appellant, v. Morris Waslikoff, Respondent. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

Birdco Realty Corporation, Appellant, v. Morris Waslikoff, Respondent. — Order affirmed, with ten dollars costs and disbursements, with leave to the plaintiff to serve an amended complaint within ten days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

Hamilton National Bank, Respondent, v. Charles B. Warren, Appellant. — Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

American Union Line, Inc., Respondent, v. Oriental Navigation Corporation, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

Britannia Shipping Corporation, Respondent, v. Globe and Rutgers Fire Insurance Company of the City of New York, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

The People of the State of New York, Respondent, v. Alexander Anderson, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

Albert Reuther, an Infant, by Donath Reuther, His Guardian ad Litem, Appellant, v. Charles O. Ballweg, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

Donath Reuther, Appellant, v. Charles O. Ballweg, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

John V. Scannell, an Infant, etc., Respondent, v. Frank Hoppe, Appellant. — Judgment reversed and new trial ordered, with costs to the appellant to abide the event, unless the plaintiff stipulates to reduce the judgment as entered to the